UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)　　　　　　　　　　　MDL NO 2924
PRODUCTS LIABILITY　　　　　　　　　　　　　　　20-MD-2924
LITIGATION

　　　　　　　　　　　　　　　　　JUDGE ROBIN L ROSENBERG
　　　　　　　　　　　　　MAGISTRATE JUDGE BRUCE REINHART

_____/

**THIS DOCUMENT RELATES TO:**　　　　　**JURY TRIAL DEMANDED**
CHESTER NEWT WILLIS AND CINDY WILLIS;
(Plaintiff Name(s))

## SHORT-FORM COMPLAINT – VERSION 2

The Plaintiffs named below, by counsel, file this Short Form Complaint against Defendants named below. Plaintiffs incorporate by reference the allegations contained in the Amended Master Personal Injury Complaint ("AMPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation*, MDL No. 2924 (S.D. Fla). Plaintiffs file this Short-Form Complaint – Version 2 as permitted by Pretrial Order No. 31 and as modified by the Court's Orders regarding motions to dismiss [DE 2532, 2512, 2513, 2515, and 2016].

Plaintiffs select and indicate by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiffs shall add and include them herein.

Plaintiffs, by counsel, allege as follows:

　　　　　　　　I.　　　　PARTIES, JURISDICTION, AND VENUE

　**A. PLAINTIFFS**

　　1.　　Plaintiff **Chester Newt Willis** ("Plaintiff" or "Injured Party") brings this action:

　　　　　　☒　　On behalf of himself;

- 1 -

☐ In representative capacity as the _____, on behalf of the injured party, (Injured Party's Name) _____.

2. Injured Party is currently a citizen and resident of Concordia Parish, Louisiana and claims damages as set forth below.

If any party claims loss of consortium,

3. **Cindy Willis** ("Consortium Plaintiff") alleges damages for loss of consortium.

4. At the time of the filing of this Short Form Complaint, Consortium Plaintiff is a citizen and resident of Concordia Parish, Louisiana.

5. At the time the alleged injury occurred, Consortium Plaintiff resided in Concordia Parish, Louisiana.

## B. DEFENDANT(S)

6. Plaintiff(s) name(s) the following Defendants from the Amended Master Personal Injury Complaint in this action:

   a. **Brand-Name Manufacturers:**
      Boehringer Ingelheim Pharmaceuticals, Inc.; Sanofi US Services Inc.; Pfizer, Inc.; and GlaxoSmithKline, LLC

   b. **Generic Manufacturers:**
      Upon information and belief, inapplicable.

   c. **Distributors and Repackager:**
      Unknown.

   d. **Retailers:**
      Unknown.

   e. **Others Not Named in the AMPIC:**
      Unknown.

## C. JURISDICTION AND VENUE

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable, the District Court to which their original action was removed]:

THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or generic ranitidine: [*Check all that apply*]

    ☐ By prescription

    ☒ Over the counter

10. The Injured Party used Zantac from approximately June 1996 (as soon as Zantac OTC became available in the US) to December 2006.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, [*he/she*] was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
| ☐ | BLADDER CANCER | |
| ☐ | BREAST CANCER | |
| ☐ | COLORECTAL/INTESTINAL CANCER | |
| ☐ | ESOPHAGEAL CANCER | |
| ☐ | GASTRIC CANCER | |
| ☐ | KIDNEY CANCER | |
| ☐ | LIVER CANCER | |
| ☐ | LUNG CANCER | |
| ☐ | PANCREATIC CANCER | |
| ☒ | PROSTATE CANCER | December 2006 |
| ☐ | OTHER CANCER: _____ | |
| ☐ | DEATH (CAUSED BY CANCER) | |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV. CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Amended Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference.

14. By checking the appropriate causes of action below, Plaintiff(s) assert these causes of action based upon the law and applicable Sub-Counts of the following state(s):[1]

Louisiana

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☒ | I | Strict Products Liability – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | II | Negligence – Failure to Warn through Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, and WA |
| ☒ | III | Strict Products Liability – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☐ | IV | Negligence – Failure to Warn through Proper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** LA, NJ, OH, OK, and WA |
| ☒ | V | Negligence - Failure to Warn Consumers through the FDA (Against Brand-Name and Generic Manufacturer Defendants) | CA, DE, DC, HI, IN, KY, LA, MD, MA, MN, MO, NV, NY, OR, and PA |
| ☒ | VI | Strict Products Liability – Design Defect Due to Warnings and Precautions (Against Brand-Name Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |
| ☒ | VII | Strict Products Liability – Design Defect Due to Improper Expiration Dates (Against Brand-Name and Generic Manufacturer Defendants) | All States and Territories, **Except** DE, IA, MA, NC, PA, and VA |

---

[1] In selecting the relevant states above, Plaintiffs reserve all rights to argue choice of law issues at a later time.

| Check all that apply | Count | Cause of Action | States for which the cause of action was asserted in the AMPIC |
|---|---|---|---|
| ☐ | VIII | Negligent Failure to Test (Against Brand-Name and Generic Manufacturer Defendants) | KS, TX |
| ☒ | IX | Negligent Product Containers: (Against Brand-Name and Generic Manufacturers of pills) | All States and Territories |
| ☒ | X | Negligent Storage and Transportation Outside the Labeled Range (Against All Retailer and Distributor Defendants) | All States and Territories |
| ☒ | XI | Negligent Storage and Transportation Outside the Labeled Range (Against All Brand-Name and Generic Manufacturer Defendants) | All States and Territories |
| ☐ | XII | Negligent Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in California) | CA only |
| ☐ | XIII | Reckless Misrepresentation (Against Brand-Name Manufacturers by Generic Consumers in Massachusetts) | MA only |
| ☒ | XIV | Unjust Enrichment (Against All Defendants) | All States and Territories |
| ☒ | XV | Loss of Consortium (Against All Defendants) | All States and Territories |
| ☐ | XVI | Wrongful Death (Against All Defendants) | All States and Territories |

If Count XV or Count XVI is alleged, additional facts supporting the claim(s): <u>As to Injured Party's and Consortium Plaintiff's claims for Loss of Consortium, the Injured Party's cancer and treatment for same have affected their sexual relations and general intimacy. This inference with their sexual relationship and intimacy has affected their overall relationship.</u>

## V.   JURY DEMAND

15.   Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.   PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs have been damaged as a result of Defendants' actions or inactions and demand judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Amended Master Personal Injury Complaint.

Date: April 15, 2021

Attorney 1 Signature: /s/ *Jason Z. Landry*
Attorney 1 Print: Jason Z. Landry
Firm: Martzell, Bickford & Centola
Address 1: 338 Lafayette Street
City: New Orleans
State: Louisiana
Zip: 70471
Email: jzl@mbfirm.com
Phone: 504-581-9065
***Counsel for Plaintiffs***